# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK _____
INTERPRETER:
A.M.10:00
TOTAL COURT TIME:16 mins.

COURT REPORTER: Debbie Saenz
USPO_____

DATE HELD: June 1, 2016
CSO: Ray Urban

CR. No. 4:16-CR-119-A  DEFT NO.04

| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| | § | |
| v. | § | |
| | § | |
| LARRY DANIEL MAXEY | § | EDWARD GARZA, RETAINED |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered

☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial ✔ Guilty Plea    Days in Trial: _____    Hearing Concluded: ✔ Yes ☐ No

✔ . . . . . . Defendant SWORN.

✔ . . . . . . Arraignment/Guilty Plea - Held on count(s) **2** of the **2** count Information.

☐ . . . . . . New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

✔ . . . . . . Defense waived reading of the Information.

✔ . . . . . . Deft enters a plea of ☐ Not Guilty ✔ Guilty ☐ Nolo

☐ . . . . . . Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

☐ . . . . . . Waiver of Jury Trial

✔ . . . . Waiver of Indictment, filed.

☐ . . . . . . Plea Agreement accepted.          ☐ . Court defers acceptance of Plea Agreement.

☐ . . . . . . Plea Agreement filed          ✔ . . . . . . No Plea Agreement.

☐ . . . . . . Plea Agreement included with Factual Resume.

✔ . . . . . . Factual Resume filed.

✔ . . . . . . Defendant is adjudged guilty as to Count(s) **2 of Information.**

✔ . . . . . . Sentencing set **10/7/2016  at 9:00 a.m.**

☐ . . . . . . Trial set for _____ at _____ a.m./p.m.

Pretrial motions due:_____. Discovery motions/Government Responses due:_____.

✔ . . . . . . Order for PSI, Disclosure Date and Setting Sentencing entered.

☐ . . . . . . PSI waiver filed. ✔ PSI due: 8/15/2016 . ✔ Presentence Referral Form to: Edward Garza..

☐ . . . . . . Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ . . . . . . Deft failed to appear, bench warrant to issue.

☐ . . . . . . Bond ☐ continued ☐ forfeited

✔ . . . . . . Deft Custody/Detention continued.

☐ . . . . . . Deft ORDERED into custody.

✔ OTHER PROCEEDINGS: **Govt read the Waiver of Indictment for the record.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 1 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy