AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

V.

LARRY DANIEL MAXEY

# EXHIBIT AND WITNESS LIST

Case Number: 4:16-CR-119-A(04)

| PRESIDING JUDGE John McBryde | PLAINTIFF'S ATTORNEY Shawn Smith | DEFENDANT'S ATTORNEY Edward Garza |
|---|---|---|
| TRIAL DATE (S) Sentencing Hearing 11/02/2016 | COURT REPORTER Debbie Saenz | COURTROOM DEPUTY Fleather Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 04 | 11/2/2016 | Yes | Yes | Agent C. Crum - Sworn & Testified. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 2 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages