

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| | § | |
| VS. | § | CASE. NO. 4-16-CR-119-A (4) |
| | § | |
| LARRY DANIEL MAXEY | § | |

### MOTION TO WITHDRAW AND APPOINT NEW COUNSEL FOR APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Undersigned counsel moves to withdraw from this representation and asks the court to appoint new counsel to defendant, LARRY DANIEL MAXEY, for his appeal, if he decides to file an appeal.

Mr. Garza has no agreement to represent Mr. Maxey during his appeal. Counsel moves to withdraw from representation.

Respectfully submitted,

_____
EDWARD F. GARZA
FEDERAL SDTX ID. NO. 7944
TX STATE BAR NO. 07731200

**ATTORNEY FOR DEFENDANT**

WASHINGTON SQUARE BUILDING
800 DOLOROSA STREET, SUITE 206
SAN ANTONIO, TEXAS 78207
TELEPHONE#: [210] 626-8049
FACSIMILE #: [210] 626-8058
Email: edwardfgarzalaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Motion To Withdraw was served on Assistant United States Attorney, Shawn Smith by email on November 3, 2016.

_____
EDWARD F. GARZA

# EDWARD F. GARZA

**Attorney at Law**

*Washington Square*
*800 Dolorosa Street, Suite 206*
*San Antonio, Texas 78207*
*Telephone: (210) 626-8049*
*Facsimile: (210) 626-8058*
*Email: edwardfgarzalaw@gmail.com*

*Gloria C. Garza, Paralegal*



November 3, 2016

United States District Clerk
501 W. 10th Street, Room 310
Fort Worth, TX 76102

    RE:   CAUSE NO. 4-16-CR-119-A (4)
           USA V. LARRY DANIEL MAXEY

Dear Clerk:

Enclosed herein please find an original and two copies of Attorney's MOTION TO WITHDRAW AND APPOINT NEW COUNSEL FOR APPEAL.

Please file and present to the Court and return the filed-marked copy to this office in the enclosed, self-addressed stamped envelope.

By copy, opposing counsel will be notified by email of said filing.

Thank you for your assistance in this matter.

                        Sincerely,

                        EDWARD F. GARZA

EFG/gg
Enclosures