IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 7 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § NO. 4:16-CR-119-A |
| | § |
| RONDALYN JOY ADDISON, ET AL. | § |

ORDER

Now pending is the motion of Edward F. Garza ("Garza") to withdraw as counsel for defendant Larry Daniel Maxey ("Maxey") and motion to appoint appellate counsel for Maxey. Before ruling on the motion,

The court ORDERS that by November 15, 2016, Garza assist Maxey in the filing of an appropriate motion for leave to proceed in forma pauperis and motion for appointment of counsel supported by whatever documents may be necessary to accomplish the appointment.

SIGNED November 7, 2016.

_____
JOHN McBRYDE
United States District Judge