

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CASE NO. 4-16-CR-119-A(4) |
| | § |
| LARRY DANIEL MAXEY | § |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant in the above styled and numbered cause and would show the Court as follows:

**I.**

That on the 1st day of June 2016, the Defendant appeared before the Court and pled guilty to Count 2 of a felony information. On the 2nd day of November 2016, the Defendant was sentenced to 200 months in the Bureau of Prisons. He was ordered to pay a special assessment in the amount of One Hundred ($100.00) Dollars.

**II.**

That the Court ordered Defendant's present counsel to assist Mr. Maxey in the filing of a Motion For Leave To Proceed In Forma Pauperis as to his appeal on or before November 15, 2016.

The Defendant hereby gives his Notice of Appeal from the judgment of conviction and sentence in this matter pursuant to 28 U.S.C § 1291 and 18 U.S.C. § 3742.

The Defendant is indigent and has no funds or assets to afford a lawyer and would ask to proceed without cost to him.

Respectfully submitted,

EDWARD F. GARZA
FEDERAL ID NO. 7944

**ATTORNEY FOR DEFENDANT**
STATE BAR NO. 07731200

WASHINGTON SQUARE
800 DOLOROSA STREET, SUITE 206
SAN ANTONIO, TEXAS 78207
OFFICE #: (210) 626-8049
FAX #: (210) 626-8058
EMAIL: edwardfgarzalaw@gmail.com

## CERTIFICATE OF SERVICE

On this 9th day of November 2016, a true and correct copy of this foregoing Motion was sent to Assistant United States Attorney, Shawn Smith by email.

EDWARD F. GARZA

**ATTORNEY FOR DEFENDANT**

# EDWARD F. GARZA

## Attorney at Law

Gloria C. Garza, Paralegal

Washington Square Building
800 Dolorosa Street, Suite 206
San Antonio, Texas 78207
Office: (210) 626-8049
Fax: (210) 626-8058
Email: edwardfgarzalaw@gmail.com



November 9, 2016

United States District Clerk
501 W. 10th Street, Room 310
Fort Worth, TX 76102

    RE:    CAUSE NO. 4-16-CR-119-A (4)
            USA V. LARRY DANIEL MAXEY

Dear Clerk:

Enclosed herein please find an original and two copies of Attorney's MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND NOTICE OF APPEAL and an original and two copies of Attorney's MOTION FOR APPOINTMENT OF NEW COUNSEL.

Please file and present to the Court and return the filed-marked copies to this office in the enclosed, self-addressed stamped envelope.

By copy, opposing counsel will be notified by email of said filing.

Thank you for your assistance in this matter.

Sincerely,

EDWARD F. GARZA

EFG/gg
Enclosures