

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 4-16-CR-119-A (4) |
| LARRY DANIEL MAXEY | § § | |

## MOTION FOR APPOINTMENT OF NEW COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant in the above styled and numbered cause and would show the Court as follows:

I.

That on the 1st day of June 2016, the Defendant appeared before the Court and pled guilty to Count 2 of a felony information. On the 2nd day of November 2016, the Defendant was sentenced to 200 months in the Bureau of Prisons. He was ordered to pay a special assessment in the amount of One Hundred ($100.00) Dollars.

II.

Defendant through his present counsel motions the court to appoint new counsel for his appeal and in support thereof attaches as exhibit "A" his certificate of trust account.

The Defendant is indigent and has no funds or assets to afford a lawyer and would ask the court to appoint him new counsel for his appeal without cost to him.

Respectfully submitted,

*Edward F. Garza*
EDWARD F. GARZA
FEDERAL ID NO. 7944

**ATTORNEY FOR DEFENDANT**
STATE BAR NO. 07731200

WASHINGTON SQUARE
800 DOLOROSA STREET, SUITE 206
SAN ANTONIO, TEXAS 78207
OFFICE #: (210) 626-8049
FAX #: (210) 626-8058
EMAIL: edwardfgarzalaw@gmail.com

## CERTIFICATE OF SERVICE

On this 9th day of November 2016, a true and correct copy of this foregoing Motion was sent to Assistant United States Attorney, Shawn Smith by email.

*Edward F. Garza*
EDWARD F. GARZA

**ATTORNEY FOR DEFENDANT**