# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*FORT WORTH DIVISION*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | MAG. DOCKET NO.: 4:16-mj-00162-BJ |
| v. | § | |
| LARRY DANIEL MAXEY | § § § | CRIMINAL NO.: 4:16-CR-00119-A-4 |

## ENTRY OF APPEARANCE OF COUNSEL

**X** I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

☐ I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

> I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

11-14-16
Date

Signature of Attorney

Jeffrey C. Grass
Attorney Name (Please Print)

00787581
Attorney Bar Number

101 E. Park. Blvd. Suite 107
Address

Plano, Texas 75019

Jeff@Grasslaw.com

(972) 422-9999
Telephone (including area code)

(972) 423-2646
Fax Number

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 15 2016
CLERK, U.S. DISTRICT COURT
By_____ 9:54
Deputy

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2016, a true and correct copy of the above and foregoing document was sent via FedEx to the clerk of the court for the U.S. District Court, Northern District of Texas, Fort-Worth Division.

/s/ *Jeffrey C. Grass*
Jeffrey C. Grass
**Jeffrey C. Grass & Associates**