IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-119-A |
| | § | |
| RONDALYN JOY ADDISON, ET AL. | § | |

ORDER

Now pending is the motion of Edward F. Garza ("Garza") to withdraw as counsel for defendant Larry Daniel Maxey ("Maxey") and motion to appoint appellate counsel for Maxey. On November 15, 2016, Jeffrey C. Grass entered his appearance on behalf of Maxey. Therefore,

The court ORDERS that Garza's motion to withdraw be, and is hereby, granted, and Garza be, and is hereby, withdrawn as counsel for Maxey. The court further ORDERS that Maxey's motion for appointment of appellate counsel be, and is hereby, denied as moot.

SIGNED November 15, 2016.

JOHN McBRIDE
United States District Judge