ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 16 2016
CLERK, U.S. DISTRICT COURT
By _____ /:59
   Deputy

## CERTIFICATE OF INMATE TRUST ACCOUNT

### 4:16cr119-A(4)

I, the undersigned authorized officer of the **Tarrant County Jail**, where

___Maxey, Larry Daniel___ Inmate I.D. # ___0676289___,

is confined as a prisoner, do hereby certify that on this the ___10th___ day of

___November___, 20 ___16___, the prisoner has in his account, according to our

records, the total sum of $ ___22.34___.

I further certify that during the immediately preceding six (6) months, the prisoner had deposits in and made withdrawals from his account as follows: (Note: a computer printout of the Inmate's account may be attached.)

| Month | Deposits | Withdrawals | Balance |
|---|---|---|---|
| May 2016 | 358.80 | 405.50 | 59.03 |
| June 2016 | 195.00 | 222.17 | 31.86 |
| July 2016 | 200.00 | 190.72 | 41.14 |
| August 2016 | 180.00 | 195.35 | 25.79 |
| September 2016 | 120.00 | 145.21 | 0.58 |
| October 2016 | 170.00 | 158.07 | 12.51 |

Dated this the ___10th___ day of ___November___, 20 ___16___.

_____
(Authorized Officer)

**Tarrant County Jail**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __Tarrant County Jail__
(name of institution)
where __Maxey, Larry Daniel__, Inmate ID No. __0676289__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1)  On this day the prisoner has in his account the sum of $ __22.34__.

(2)  During the past six months, the prisoner's:

Average monthly balance was $ __28.49__.

Average monthly deposits to the prisoner's account were $ __203.97__.

A certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months may be attached.

Signed this __10th__ day of __November__, 20 __16__.

_[signature]_
Authorized Officer

__Tarrant County Jail__
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No._____

*Exhibit IV-2*
*Prisoner Motion to Proceed IFP*